# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY,**

                **Plaintiff,**

**-vs-**                                                  Case No.  6:06-cv-1560-Orl-31UAM

**EDGE PLASTERING, INC., CED
CONSTRUCTION PARTNERS, LTD., and
WINTER PARK CONSTRUCTION
COMPANY,**

                **Defendants.**

_____

## ORDER AND JUDGMENT

This cause comes before the Court on Motion for Default Judgment against Edge Plastering, Inc. (Doc. No. 46) filed October 19, 2007.

On November 9, 2007, the United States Magistrate Judge issued a report (Doc. No. 47) recommending that the motion be granted. No objections have been filed.  Therefore, it is

**ORDERED** as follows:

1.      That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.      That the Motion for Default Judgment against Edge Plastering, Inc. is GRANTED.

3.      That Declaratory judgment is hereby entered establishing that:

      a.      The liability insurance policy issued by Nationwide Mutual Fire Insurance Company to Edge Plastering, Inc. excludes property damage consisting of the cost of repairing and/or replacing the insured's (*i.e.*, Edge's) own faulty workmanship.

      b.      Nationwide Mutual Fire Insurance Company has no duty to defend and no duty to indemnify Edge Plastering, Inc. against allegations of "property damage" set forth in the demand for arbitration by Winter Park Construction Company against Edge Plastering, Inc. because it cannot be established that any alleged covered property damage occurred during the Policy period, *i.e.,* it cannot be established that covered property damage occurred during the period after Edge Plastering, Inc. completed its work on the project in 1994 and before the expiration of Nationwide's Policy on June 21, 1997.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on the 4th day of December, 2007.

                                            GREGORY A. PRESNELL
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party